# Court of Appeals
# of the State of Georgia

ATLANTA, __May 29, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A1727.  MARKETTA ALEXANDER v. FEDERAL HOME LOAN MORTGAGE CORPORATION.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Marketta Alexander appealed the magistrate court's decision to the state court.  The state court granted judgment for the plaintiff, and Alexander, through attorney Grady Roberts, filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Alexander was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

We note that Grady Roberts has represented appellants in two previous direct appeals from state court judgments reviewing magistrate court orders in dispossessory cases.  We dismissed those appeals on the same grounds that we dismiss this one.  See Case Nos. A15A1051 and A15A0948. Roberts has also represented appellants in at least 14 previous direct appeals from superior court judgments reviewing magistrate court orders in dispossessory cases. Those appeals were dismissed for the same reason that this appeal is dismissed – because a discretionary application was required.  See Case Nos. A15A0979, A15A0923, A15A0400, A14A1995, A14A1456, A14A1229, A14A0921, A14A0475, A13A1766, A13A1765, A11A2340, A11A1220, A11A1189, A11A1024.

In light of these previous dismissals, attorney Roberts cannot reasonably have

believed that we have jurisdiction to consider this direct appeal. We therefore exercise our authority under Court of Appeals Rule 15 (b) to assess a frivolous appeal penalty in the amount of $500 against attorney Grady Roberts and Roberts Law, LLC, jointly and severally, for the filing of this frivolous appeal. This penalty is not assessed against Roberts's client, Marketta Alexander. Upon return of the remittitur, the state court is directed to impose a penalty of $500 upon Grady A. Roberts and Roberts Law, jointly and severally.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*_____05/29/2015_____
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*